UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ronda Ward　　　　　　　　　　　　　　　　　　　Docket No. 4:16-CR-29-1D

**Petition for Action on Probation**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronda Ward, who, upon an earlier plea of guilty to False Claims Against the United States, in violation of 18 U.S.C. § 287, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 26, 2017, to 5 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

To date, the defendant has failed to make consistent payments toward her financial obligation. Per the probation judgment, Ward is ordered to pay the balance in full immediately, but if she is unable to do so, she shall pay installments of $125 per month, beginning 60 days after the date of the judgment. The defendant's payment agreement reflects the commencement date of March 25, 2017. Ward has made one partial payment of $80, and has an outstanding balance of $22,520, comprising both the special assessment and restitution. It is recommended that the defendant be required to participate in a vocational training program, if she is unable to make payments consistently in the future. Ward is otherwise fully compliant with her conditions of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　　　　/s/ Melissa K. Gonigam
Dwayne K. Benfield　　　　　　　　　　　　　　Melissa K. Gonigam
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (910) 346-5103
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: October 29, 2018

Ronda Ward
Docket No. 4:16-CR-29-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this **29** day of **October**, 2018, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge